EXHIBIT A

Trademark Electronic Search System (TESS) 8/25/2022, 2:53 PM

United States Patent and Trademark Office
Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Aug 25 04:07:24 EDT 2022*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

Rebecca Minkoff

| | |
|---|---|
| **Word Mark** | REBECCA MINKOFF |
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: All-purpose carrying bags, clutch purses, handbags, and shoulder bags. FIRST USE: 19941231. FIRST USE IN COMMERCE: 19941231 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77932609 |
| **Filing Date** | February 10, 2010 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 28, 2010 |
| **Registration Number** | **3889028** |
| **International Registration Number** | 1162582 |
| **Registration Date** | December 14, 2010 |
| **Owner** | (REGISTRANT) Rebecca Minkoff, LLC LIMITED LIABILITY COMPANY FLORIDA Suite B 340 West 18th Street New York NEW YORK 10003<br><br>(LAST LISTED OWNER) REBECCA MINKOFF HOLDINGS LLC LIMITED LIABILITY COMPANY FLORIDA 16 West 22nd Street, 7th floor New York NEW YORK 10010 |

https://tmsearch.uspto.gov/bin/showfield?f=doc&state=4805:tpgj3x.2.1

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Marc S. Reiner |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20210522. |
| **Renewal** | 1ST RENEWAL 20210522 |
| **Other Data** | The name(s), portrait(s), and/or signature(s) shown in the mark identifies "Rebecca Minkoff", a living individual,, whose consent(s) to register is made of record. |
| **Live/Dead Indicator** | LIVE |

---

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer than usual. See **current trademark processing wait times** for more information.

STATUS DOCUMENTS MAINTENANCE Back to Search Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2022-08-25 17:54:26 EDT |
| **Mark:** | REBECCA MINKOFF<br>Rebecca Minkoff |
| **US Serial Number:** | 77932609 |
| **Application Filing Date:** | Feb. 10, 2010 |
| **US Registration Number:** | 3889028 |
| **Registration Date:** | Dec. 14, 2010 |
| **Register:** | Principal |
| **Mark Type:** | Trademark |
| **TM5 Common Status Descriptor:** | LIVE/REGISTRATION/Issued and Active<br>The trademark application has been registered with the Office. |
| **Status:** | The registration has been renewed. |
| **Status Date:** | May 22, 2021 |
| **Publication Date:** | Sep. 28, 2010 |

## Mark Information

Collapse All

| | |
|---|---|
| **Mark Literal Elements:** | REBECCA MINKOFF |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Name Portrait Consent:** | The name(s), portrait(s), and/or signature(s) shown in the mark identifies "Rebecca Minkoff", a living individual,, whose consent(s) to register is made of record. |

## Related Properties Information

| | |
|---|---|
| **International Registration Number:** | 1162582 |
| **International Application(s) /Registration(s) Based on this Property:** | A0035334/1162582 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| **For:** | All-purpose carrying bags, clutch purses, handbags, and shoulder bags |
| **International Class(es):** | 018 - Primary Class |
| **U.S Class(es):** | 001, 002, 003, 022, 041 |
| **Class Status:** | ACTIVE |

Privacy - Terms

| | | | |
|---|---|---|---|
| **Basis:** | 1(a) | | |
| **First Use:** | Dec. 31, 1994 | **Use in Commerce:** | Dec. 31, 1994 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| **Owner Name:** | REBECCA MINKOFF HOLDINGS LLC | | |
| **Owner Address:** | 16 West 22nd Street, 7th floor<br>New York, NEW YORK UNITED STATES 10010 | | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | FLORIDA |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Marc S. Reiner | | |
| **Attorney Primary Email Address:** | mreiner@hballp.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | Marc S. Reiner<br>Hand Baldachin & Associates LLP<br>1740 Broadway, 15th Floor<br>New York, NEW YORK UNITED STATES 10019 | | |
| **Phone:** | 2122952719 | | |
| **Correspondent e-mail:** | mreiner@hballp.com trademarks@hballp.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 22, 2021 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| May 22, 2021 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 66607 |
| May 22, 2021 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 66607 |
| May 22, 2021 | POST REGISTRATION ACTION MAILED NO RESPONSE REQUIRED | 66607 |
| Mar. 26, 2021 | POST REGISTRATION ACTION MAILED - SEC. 8 & 9 | 66607 |
| Mar. 26, 2021 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 66607 |
| Dec. 14, 2020 | TEAS SECTION 8 & 9 RECEIVED | |
| Dec. 14, 2019 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Jun. 12, 2017 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jun. 12, 2017 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Feb. 13, 2017 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |

| | | |
|---|---|---|
| Feb. 13, 2017 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 76985 |
| Feb. 13, 2017 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 76985 |
| Dec. 06, 2016 | TEAS SECTION 8 & 15 RECEIVED | |
| Dec. 02, 2016 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Dec. 02, 2016 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jan. 14, 2016 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jan. 14, 2016 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Dec. 14, 2015 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Nov. 24, 2014 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Nov. 24, 2014 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Feb. 28, 2014 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| May 01, 2013 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Apr. 17, 2013 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Sep. 07, 2011 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Dec. 14, 2010 | REGISTERED-PRINCIPAL REGISTER | |
| Sep. 28, 2010 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Sep. 28, 2010 | PUBLISHED FOR OPPOSITION | |
| Aug. 24, 2010 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 66121 |
| Aug. 24, 2010 | ASSIGNED TO LIE | 66121 |
| Aug. 06, 2010 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Aug. 05, 2010 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Aug. 05, 2010 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Aug. 05, 2010 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| May 12, 2010 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| May 12, 2010 | NON-FINAL ACTION E-MAILED | 6325 |
| May 12, 2010 | NON-FINAL ACTION WRITTEN | 73703 |
| May 12, 2010 | ASSIGNED TO EXAMINER | 73703 |
| Feb. 18, 2010 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Feb. 13, 2010 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | POST REGISTRATION | **Date in Location:** | May 22, 2021 |

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Aug 25 04:07:24 EDT 2022*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

Rebecca Minkoff

| | |
|---|---|
| **Word Mark** | REBECCA MINKOFF |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Eyewear, namely, sunglasses, eyeglasses and ophthalmic frames and cases therefor; Leather and non-leather goods and accessories, namely, computer bags, protective carrying cases specifically adapted for personal digital assistants (PDA) and protective covers and cases for cell phones, laptops and portable media players. FIRST USE: 19941231. FIRST USE IN COMMERCE: 19941231<br><br>IC 014. US 002 027 028 050. G & S: Watches and jewelry. FIRST USE: 19941231. FIRST USE IN COMMERCE: 19941231<br><br>IC 025. US 022 039. G & S: Clothing, namely, shirts, t-shirts, blouses, sweaters, knit tops and bottoms, blazers, vests, pants, jeans, shorts, skirts, dresses, jackets, belts, scarves, and footwear. FIRST USE: 19941231. FIRST USE IN COMMERCE: 19941231<br><br>IC 035. US 100 101 102. G & S: Retail and on-line store services, featuring, handbags, wallets, designer apparel, footwear, perfumes and cosmetics, eyewear, jewelry and watches, candles, and furniture. FIRST USE: 19941231. FIRST USE IN COMMERCE: 19941231 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85883579 |
| **Filing Date** | March 22, 2013 |

| | |
|---|---|
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 24, 2013 |
| **Registration Number** | **4446909** |
| **International Registration Number** | 1162582 |
| **Registration Date** | December 10, 2013 |
| **Owner** | (REGISTRANT) Rebecca Minkoff Holdings LLC LIMITED LIABILITY COMPANY FLORIDA 16 West 22nd Street, 7th floor New York NEW YORK 10010 |
| **Attorney of Record** | Craig Fleishman |
| **Prior Registrations** | 3889028;4231123 |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Other Data** | The name(s), portrait(s), and/or signature(s) shown in the mark identifies "REBECCA MINKOFF", whose consent(s) to register is made of record. |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer than usual. See **current trademark processing wait times** for more information.

STATUS | DOCUMENTS | MAINTENANCE | Back to Search | Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2022-08-25 17:55:42 EDT |
| **Mark:** | REBECCA MINKOFF<br>Rebecca Minkoff |
| **US Serial Number:** | 85883579 |
| **Application Filing Date:** | Mar. 22, 2013 |
| **US Registration Number:** | 4446909 |
| **Registration Date:** | Dec. 10, 2013 |
| **Register:** | Principal |
| **Mark Type:** | Trademark, Service Mark |
| **TM5 Common Status Descriptor:** | LIVE/REGISTRATION/Issued and Active<br>The trademark application has been registered with the Office. |
| **Status:** | A Sections 8 and 15 combined declaration has been accepted and acknowledged. |
| **Status Date:** | Jan. 09, 2019 |
| **Publication Date:** | Sep. 24, 2013 |

## Mark Information

Collapse All

| | |
|---|---|
| **Mark Literal Elements:** | REBECCA MINKOFF |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Name Portrait Consent:** | The name(s), portrait(s), and/or signature(s) shown in the mark identifies "REBECCA MINKOFF", whose consent(s) to register is made of record. |

## Related Properties Information

| | |
|---|---|
| **International Registration Number:** | 1162582 |
| **International Application(s) /Registration(s) Based on this Property:** | A0035334/1162582 |
| **Claimed Ownership of US Registrations:** | 3889028, 4231123 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

Privacy - Terms

