UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                           :

NORTH STAR HOLDINGS, LLC,               :

                              Plaintiff,       :        22 Civ. 7324 (LGS)
                                                     :

                 -against-                    :        <u>ORDER</u>
                                                     :

ICON TRADE SERVICES, LLC,                :
                                        Defendant.    :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an initial conference was held on October 26, 2022. For the reasons discussed at that conference, it is hereby

      **ORDERED** that discovery in this case will be bifurcated. The first phase of discovery will concern Plaintiff's affirmative claims for relief, Defendant's first counterclaim for a declaratory judgment, and Defendant's affirmative defenses. Discovery as to Defendant's remaining counterclaims is stayed pending completion of the first phase of discovery and resolution of any dispositive motions filed regarding the first phase of discovery. A case management plan will issue separately. It is further

      **ORDERED** that Counter-Defendants' shall answer Defendant's counterclaims and third-party claims by **November 4, 2022**. It is further

      **ORDERED** that the parties shall file a joint letter by **November 2, 2022**, regarding settlement discussions and the identity of an agreed-upon mediator. If the parties would like a referral for settlement discussions with Magistrate Judge Stewart Aaron, they shall so state in the letter.

Dated: October 27, 2022
       New York, New York

                                                     LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE