UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NORTH STAR IP HOLDINGS, LLC,  :
                             Plaintiff,  :      22 Civ. 7324 (LGS)
                                  :
            -against-         :      ORDER
                                  :
ICON TRADE SERVICES, LLC  :
                            Defendant.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that this case is referred for mediation to the Court-annexed Mediation Program. The first session of mediation shall take place no later than **December 17, 2022**. The parties are hereby notified that Local Rule 83.9 shall govern the mediation and are directed to participate in good faith. The mediation will have no effect upon any Scheduling Order issued by this Court without leave of this Court. To the extent possible, the Mediation Program is directed to appoint a mediator with expertise in trademark law, even if that means extending the deadline to begin mediation because of the mediator's availability.

Dated: November 3, 2022
       New York, New York

                                                  LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE