UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NORTH STAR HOLDINGS, LLC,

       Plaintiff,  : 22 Civ. 7324 (LGS)

-against-    : ORDER

ICON TRADE SERVICES, LLC,

       Defendant. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

  WHEREAS, a Case Management Plan and Scheduling Order, issued October 28, 2022, set a case management conference for February 15, 2023, at 4:10 P.M. An Amended Case Management Plan and Scheduling Order, issued January 20, 2023, modified various discovery deadlines. It is hereby

  **ORDERED** that the conference scheduled for February 15, 2023, is **ADJOURNED** to March 8, 2023, at 4:10 P.M. The conference will be telephonic and will take place on the following line: 888-363-4749; access code: 558-3333. The start time is approximate, but the parties shall be prepared to begin at the scheduled time. The deadlines described in the Amended Case Management Plan, including those for pre-motion letters regarding dispositive motions and a status letter regarding settlement discussions, remain unchanged.

Dated: February 7, 2023
   New York, New York

                 LORNA G. SCHOFIELD
                 **UNITED STATES DISTRICT JUDGE**