# SheppardMullin

Sheppard, Mullin, Richter & Hampton LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
310.228.3700 main
310.228.3701 fax
www.sheppardmullin.com

Jill M. Pietrini
310.228.3723 direct
jpietrini@sheppardmullin.com
File Number: 85LZ-361988

March 14, 2023

**By ECF**

The Honorable Lorna G. Schofield
United States District Judge
U.S.D.C. - Southern District of New York
40 Foley Square
New York, NY  10007

      Re:    *North Star IP Holdings, LLC v. Icon Trade Services LLC*,
              Case No. 1:22-cv-07324-LGS

Dear Judge Schofield:

      We represent Plaintiff and Counter-Defendant North Star IP Holdings, LLC ("North Star") and Third-Party Defendants Jalapeno Pizza Holdings LLC and Jalapeno Pizza LLC and write jointly with counsel for Defendant, Counterclaimant, and Third-Party Plaintiff Icon Trade Services LLC ("Icon").  The parties request an extension of the fact discovery deadline from March 17, 2023 to March 29, 2023 for the sole purpose of accommodating the scheduling of Icon's deposition of Gerard Guez, the Chief Executive Officer of Sunrise Brands, LLC, one of North Star's members.  Due to Mr. Guez's and counsels' schedules, the deposition of Mr. Guez cannot occur until March 29, 2023.  The parties agree to extend the fact discovery deadline – but not any of the other deadlines – for this purpose, and request the Court order the same.

Respectfully submitted,

/s/Jill M. Pietrini
Jill M. Pietrini

      cc:    Counsel of Record (By ECF)

SMRH:4873-3835-0423.1