UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                  :
NORTH STAR IP HOLDINGS, LLC,                      :
                                Plaintiff,        :          22 Civ. 7324 (LGS)
                                                  :
              -against-                           :          ORDER
                                                  :
ICON TRADE SERVICES, LLC                          :
                                Defendant.   :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Order issued October 27, 2022, bifurcated discovery in this case.  The

first phase of discovery concerned Plaintiff's affirmative claims for relief, Defendant's first

counterclaim for a declaratory judgment and Defendant's affirmative defenses.  On May 3, 2023,

the parties filed a joint status letter stating that the first phase of discovery was complete.

WHEREAS, the Fourth Amended Civil Case Management Plan and Scheduling Order,

issued April 18, 2023, scheduled a case management conference on May 17, 2023, and directed

the parties to file pre-motion letters regarding summary judgment as to any claims or defenses

relevant to the first phase of discovery.  An Order issued May 16, 2023, adjourned the conference

to May 24, 2023.

WHEREAS, on May 5, 2023, the parties and third-party Defendants Jalapeno Pizza

Holdings LLC f/k/a Rebecca Minkoff Holdings LLC and Jalapeno Pizza LLC f/k/a Rebecca

Minkoff LLC filed pre-motion letters regarding contemplated motions for summary judgment.  It

is hereby

ORDERED that the conference scheduled for May 24, 2023, is CANCELLED.  It is

further

**ORDERED** that the parties' cross-motions for summary judgment shall be briefed as follows:

- By **June 15, 2023**, Defendant shall file its motion for summary judgment, with a memorandum of law not to exceed twenty-five pages.

- By **July 7, 2023**, Plaintiff and third-party Defendants shall file their cross-motion for summary judgment, with any memorandum of law in support and in opposition to Defendant's motion not to exceed forty pages.

- By **July 21, 2023**, Defendant shall file an opposition to Plaintiff and third-party Defendants' motion and reply in support of its motion, not to exceed twenty-five pages.

- By **August 4, 2023**, Plaintiff shall file a reply in support of its motion, not to exceed ten pages.

Notwithstanding the page limitations given above, the parties may reallocate pages between their two memoranda of law, provided that no more than fifty pages of briefing in total are filed in connection with their motion.  The parties shall otherwise comply with the Court's Individual Rules regarding motions, including those that govern evidentiary submissions.

Dated: May 23, 2023
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

2