UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NORTH STAR IP HOLDINGS, LLC,

                Plaintiff,

-against-

ICON TRADE SERVICES, LLC,

                Defendant.

---

ICON TRADE SERVICES, LLC,

                Counterclaimant/
                Third-Party Plaintiff,

-against-

NORTH STAR IP HOLDINGS, LLC, JALAPENO PIZZA HOLDINGS LLC f/k/a REBECCA MINKOFF HOLDINGS, LLC and JALAPENO PIZZA LLC f/k/a REBECCA MINKOFF, LLC,

                Counterclaim Defendant and Third-Party Defendants.

22-CV-7324 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

The parties shall file full copies, without pages excerpted, of ECF Nos. 92-1 and 92-2 no later than **December 11, 2023**. If the parties believe that any portions thereof should be redacted, they shall file accordingly pursuant to Individual Rule 5(d).

Dated: December 8, 2023
       New York, New York

                                              SO ORDERED.

                                              *Jessica Clarke*

                                              JESSICA G. L. CLARKE
                                              United States District Judge